IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:22-cv-00138-KDB-DSC

FRONT ROW MOTORSPORTS INC. *et al.*,

Plaintiffs,

v.

MICHAEL DISEVERIA *et al.*,

Defendants.

**CONSENT ORDER**

By the agreement of the parties, it is hereby ORDERED that the *Motion to Dismiss, or In the Alternative, to Transfer or Stay* (Doc. 10) filed by Defendants Michael DiSeveria and Ronald C. Devine is WITHDRAWN; and it is further

ORDERED that Defendants shall file an answer or other responsive pleading under Fed. R. Civ. P. 12 within twenty-one days following entry of this Order.

**SO ORDERED.**

Signed: June 23, 2022

_____
David S. Cayer
United States Magistrate Judge

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
E-mail: jwoodman@essexrichards.com
David DiMatteo (NC Bar No. 35254)
E-mail: ddimatteo@essexrichards.com
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357

Trevor B. Reid (VSB #77233)*
treid@parkerpollard.com
Stephen E. Scarce (VSB #42395)*
sscarce@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*
    *admitted pro hac vice*

   *Counsel for Michael DiSeveria*
   *and Ronald C. Devine*


   /s/ Daniel S. Trimmer
Daniel S. Trimmer (NCSB No. 44858)
Ronald A. Skufca (NCSB No. 25649)
SKUFCA LAW, PLLC
1514 S. Church Street, Suite 101
Charlotte, North Carolina 28203
Telephone: 704.376.3030
Facsimile: 704.376.8522
Email: dan@skufcalaw.com

   *Counsel for Front Row Motorsports, Inc.*