IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00138-DSC

| | |
|---|---|
| FRONT ROW MOTORSPORTS INC. et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| MICHAEL DISEVERIA et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Meredith L. Yoder]" (document #25) filed February 10, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 10, 2023

David S. Cayer
United States Magistrate Judge