IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00138-SCR

FRONT ROW MOTORSPORTS, INC., )
et. al., )
                                        )
       Plaintiffs, )
                                        )
v.                                        )                     **ORDER**
                                        )
MICHAEL DISEVERIA, et. al., )
                                        )
      Defendants. )

**THIS MATTER** is before the Court on the parties' "Motion[s] to Seal" (Doc. No. 30 and 35). The parties seek to seal their respective Memoranda in Support of their Motions for Summary Judgment (Doc. No. 28 and 32) as well as all exhibits to those briefs (Doc. No. 29, 33 and 34).

The Court has carefully reviewed the record and the parties' arguments. The Court finds that certain parts of the record may be properly sealed under the Court's Local Rules. See LCvR 6.1. Although the subject exhibits were produced pursuant to the "Stipulation and Protective Order" (Doc. No. 22), several, listed below, are publicly available in underlying state court litigation. Therefore, sealing of those records will not be ordered. In addition, the Court concludes that sealing of the Memoranda in their entireties is not warranted here. Accordingly, the Court will order the parties to file unsealed, redacted versions of their briefs for the public record.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. The "Motion[s] to Seal" (Doc. No. 30 and 35) are **GRANTED IN PART** and **DENIED IN PART** as follows:

2. The Motions to Seal are <u>granted</u> as to the Memoranda in Support of their Motions for Summary Judgment (Doc. No. 28 and 32) with the additional requirement that within ten days of this Order, each party shall file an unsealed, redacted version of its Memorandum.

3. The Motions to Seal are <u>denied</u> as to these exhibits: 29-13, 33-9, 33-11, 34-6, 34-7, and 34-8.

4. The Motions to Seal are <u>granted</u> as to the remaining exhibits in Doc. No. 29, 33 and 34.

5. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 6, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge