# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00138-SCR

| | |
|---|---|
| **FRONT ROW MOTORSPORTS, INC., et. al.,** ) ) ) **Plaintiffs,** ) ) v. ) ) **MICHAEL DISEVERIA, et. al.,** ) ) **Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Motion[s] to Seal" (Doc. No. 41 and 45). The parties seek to seal their respective Summary Judgment Opposition Memoranda (Doc. No. 39 and 42) as well as all exhibits to those briefs (Doc. No. 40 and 44).

The Court has carefully reviewed the record and the parties' arguments. The Court finds that the exhibits, which are excerpts of deposition transcripts, may be properly sealed under the Court's Local Rules. See LCvR 6.1. As previously stated, see Order (Doc. No. 36), the Court concludes sealing of the Memoranda in their entireties is not warranted here. Accordingly, the Court will order the parties to file unsealed, redacted versions of their briefs for the public record.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. The "Motion[s] to Seal" (Doc. No. 41 and 45) are **GRANTED IN PART** and **DENIED IN PART** as follows:

2. The Motions to Seal are <u>granted</u> as to the Summary Judgment Opposition Memoranda (Doc. No. 39 and 42) with the additional requirement that within ten days of this Order, each party shall file an unsealed, redacted version of its Memorandum.

3. The Motions to Seal are <u>granted</u> as to Doc. No. 40 and 44.

4. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 18, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge