# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Front Row Motorsports, Inc. | ) | JUDGMENT IN CASE |
| Robert A. Jenkins, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00138-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald C. Devine | ) | |
| Michael DiSeveria, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2023 Order.

December 13, 2023

Katherine Hord Simon, Clerk
United States District Court