# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Front Row Motorsports, Inc. Robert A. Jenkins**,** | ) ) | AMENDED JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:22-cv-00138-SCR |
| vs. | ) ) | |
| Ronald C. Devine Michael DiSeveria**,** | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2024 Order.

June 28, 2024

Katherine Hord Simon, Clerk
United States District Court